In the Matter of the Application of JEANNIE B. TRULL, as Executrix of WILLIAM C. TRULL, Deceased, Respondent, for a Peremptory Writ of Mandamus against JOHN P. O'BRIEN, as Corporation Counsel of the City of New York.

GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York, Appellant.

*New York city — street closing — mandamus to compel institution of proceedings to ascertain damage to property owners.*

*Matter of Trull* v. *O'Brien,* 210 App. Div. 628, affirmed.

(Argued February 24, 1925; decided March 5, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1924, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the corporation counsel of the city of New York to institute proceedings pursuant to chapter 1006 of the Laws of 1895 to ascertain the compensation due to the petitioner by reason of the closing of Old Gun Hill road in the borough of The Bronx.

*George P. Nicholson, Corporation Counsel (Joel J. Squier* and *William B. R. Faber* of counsel), for appellant.

*Lawrence E. French* for respondent.

*Arthur D. Lyons* and *Frederick W. Hottenroth* for Albert Duryea, as committee, etc., *amicus curiœ.*

Order affirmed, with costs, on opinion of CLARKE, P. J., below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.